ORIGINAL COPY for Judge BR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

APR 22 2008
APR 22 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES WORTHEM
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV2291
JUDGE LEINENWEBER
MAG. JUDGE COLE**

vs.

ROGER E. WALKER
Jesse Montgomery
Ms. Johnson (Warden)
I-A Mac Donald (Pinckneyville)
_____

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331** U.S. Code (federal defendants)

_____     **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

   A. Name: James M Worthem

   B. List all aliases: David Scott

   C. Prisoner identification number: 20070071905

   D. Place of present confinement: Cook County Jail

   E. Address: 2700 South California, Chicago IL, 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Roger E Walker
      Title: Director of IDOC
      Place of Employment: Exec Office bldg - 1301 Concordia CT Springfield Ill, 62794-9277

   B. Defendant: Jesse Montgomery
      Title: Deputy Director of IDOC
      Place of Employment: 1301 Concordia CT, Springfield Ill, 62794-9277

   C. Defendant: Warden Ms. Johnson
      Title: Warden of Pinckneyville C.C.
      Place of Employment: Pinckneyville C.C.

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   A) Investigator Mac-Donald
   B) Internal Affairs
   C) Pinckneyville C.C.

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: James Worthem V. Deputy Boyle" 07-C-6589

B. Approximate date of filing lawsuit: 11/21/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: James Worthem (AKA) David Scott

D. List all defendants: Sheriff Deputy / Bailiff "Boyle"

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District of Illinois

F. Name of judge to whom case was assigned: Honorable Judge Leinenweber

G. Basic claim made: Excessive Force / Assault

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Motion to leave to file in Forma Pauperis is Granted

I. Approximate date of disposition: 2/4/08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV* Continued
A. 07 C 6687 - James Worthem v. Tom Dart, etc.
B. 11/28/07
C. James Worthem (AKA) David Scott
D. Dr. Carasquillo, Dr. Ting, Paramedic Ms. Douglas, Tom Dart, Chief Wright, Salvador Godinez
E. Northern District of Illinois
F. Honorable Judge Leinenweber
G. Health and Safety violations / Red Spots
H. Granted in Leave of forma pauperis
I. ?

IV* continued
A. James Worthem v. Jennifer Hall, etc. Case # 07 C 7255
B. 12/27/07
C. James M Worthem (AKA) David Scott
D. Michael Moore and Jennifer Hall
E. Northern District of Illinois
F. Honorable Judge "James B Zagel
G. 8th and 14th Amend violations.
H. Granted in Leave of forma pauperis
I. 3/11/08

IV* continued
A. James Worthem v. Tom Dart, Chief of Police for C.P.D., Salvador Godinez # 08 C 1210
B. 2/28/08
C. James Worthem (AKA) David Scott
D. Tom Dart, Salvador Godinez, and Dana Starks
E. Northern District of Illinois
F. Honorable Judge Leinenweber
G. Posting notice of Rights violation
H. Dismissed / Terminated
I. 3/5/08

IV* continued
A. James Worthem v. Tom Dart, etc. # 08 C 1512
B. 3/5/08
C. James Worthem (AKA) David Scott
D. Sheriff Tom Dart and Director Salvador Godinez
E. Northern District of Illinois
F. Honorable Judge Leinenweber
G. extortion and Racketeering
H. Still pending
I. ?



IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 6/22/07, I arrived at the Pinckneyville C.C. in Illinois to complete the 5 months I had left on parole due to I.D.O.C. violating my parole when in fact I had not been found guilty on the case I'm currently still fighting and how could I.D.O.C. officials violate my parole when C.P.D. never even had probable cause, nor any search or arrest warrants to seize my person. Anyways once in Pinckneyville, I am sent to the chowhall to eat dinner, I was then confronted by a couple of guys of whom threatened my life in that if I came to population I would be seriously hurt because they were well aware (somehow) that I was wearing wires and working with F.B.I. agents that actually did take down 2 of the chiefs of the street gang "Satan Disciples". The guy who made the most threats and of whom told me that I have a death hit out on my life, was other S.D.'z and the Spanish Cobra named "Padilla" at Pinckneyville C.C.. I immediately asked to speak with Internal Affairs as soon as I got back

4                                                              Revised 9/2007

(2)

To Receiving, at which was not Done until the following day, when I did speak to I-A Macdonald and his co-worker, I gave them the names and contact number so as to verify all I stated to them with my F.B.I handlers and they assured me that they would quickly investigate the allegations I was making. I was sent out to population a couple Days later after being in the Pinckneyville C.C. and felt very uncomfortable and threatened as more threats were being made on my life and I again brought the matter to the attention of A Lt. in unit 4 and he then called the Lt. Bradley of Internal Affairs of whom stated he knew nothing about what I was talking about but would speak to I-A-Macdonald and would get back in touch with me. on 7/13/07, I was approached by several gang members of whom said that some S-D² wanted to talk to me in the yard and because their were 3 separate yards and I knew I couldn't be touched right then and there. I went out on 7/14/07 and an inmate "Mercado" told me that he got word from other SD² in Unit #7 that I was Dirty and that I would be hit as soon as they could get their hands on me so of course I Denied all that they were stating but I was very scared and in fear for my life and I.D.O.C. officials were not working as fast as I, would of liked them too so after being in population for about 2½ weeks, I was within my cell on 7/14/07 and at approx 8 P.M. A Lt. and 2 officers came to my cell and told

5

Revised 9/2007

(3)

me to pack my stuff because I was going to Seg immediately. I quickly did just that with relief! I was then taken to Internal Affairs on the nite of 7/14/07 and was only told that I was being placed in Administrative Seg for my own protection and that they were sorry for not listening to my pleas any sooner. Now on 7/15/07 in the A.M. hours at approx 8 A.M., I was again taken to I-A and told by another investigator that all the guys I had already pointed out and made complete statements on were in segregation and that all I had said was true and that my working with F.B.I. agents was verified and that due to my safety and the safety of their institution I was being placed in Seg and that my life is in danger, the I.D.O.C. did say they received phone conversations with inmates to the outside world and letters being intercepted about me personally and the meeting ended until again on this same date of 7/15/07 at approx 3 P.M. I was escorted to the Internal Affairs office were the Warden of Pinckneyville "Ms Johnson was present, Mr. MacDonald and A.C.T. Bradley and 2 other investigators were also present. They all told me that I was going on an emergency transfer to another facility due to the dangers I faced at Pinckneyville C.C. and that I was going to a better place but undisclosed to me at this time. Within 1/2 hour I was cuffed and shackled and placed in a van and on the road to another location that would turn out to be Lawrenceville C.C. Once their I was again placed in segregation. The following day on 7/16/07, I was taken to Internal Affairs were I spoke to an investigator Dallas of whom told me that I'd be kept in Seg status until the whole investigation was complete by Pinckneyville

④

So now on 7/25/07, I was told that I was going to Pontiac c.c. for a court writ at which I had a court date of 7/27/07 at the Skokie court house. I was again shackled and cuffed on 7/25/07 and placed on a bus, once at the bus transfer location at Logan c.c. I was taken off the bus of Lawrenceville c.c. and placed in between 2 busses awaiting to get on one going to Pontiac. Within a matter of minutes I was viciously attacked by 2 inmates "Padilla" and "Mercado" of whom were the ones at Pinckneyville c.c. and of whom were now in seg because of me and somehow they were being sent on the same day as I was, going on the same bus and going to the same prison as I was. I was beat by these guys all about the head, face, back and ears, these guys were only cuffed in the front of them and were able to use full force with there arms and fist as they were not cuffed from side to side but only in their front and they were able to use their feet and legs by kicking me to the ground, the officers eventually broke it up and placed me on the bus in a one man holding cage were I was bleeding alot and was refused medical for about 20 minutes and then I demanded to go to Internal Affairs at Logan C.C. so they could take pictures of my face and they did, the one who took the photos is an Investigator "Shadoan" at Logan c.c. I was then taken to the hospital were I received 5 stitches to my left ear and had multiple contusions about the head, and cuts and bruises on my face. After all of this, I was seen by a Sgt Yorkavich from Springfield of whom called me to I-A in Pontiac c.c. and had me sign a paper of how all had transpired and I had told him of how Pinckneyville c.c. staff

(5)

were extremely negligent in how they handled the whole situation and that how could those guys be sent on the same bus, going to the same place and on the same day as me, they refused to answer that. I am the victim and if that was not enough, I was written up a major ticket for "Dangerous Disturbance" that had happened at Logan on 7/25/07, instead of staff doing their job and investigating the matter properly, they just wrote up all participants and called it a day. At Pontiac I was served those tickets and on August 6 or 7 in the west cell house the Adjustment Committee heard those ticket and I never received a reply, I also wrote up this whole incident twice in I.D.O.C. and once while here in Cook County Jail and still have been ignored. I know that I must exhaust all remedies per the P.R.L.A. but I.D.O.C. is not responding at all. I was released from I.D.O.C. custody on 9/21/07 and am not on parole either anymore. I.D.O.C. is in extreme violation of my "Eighth" Amendment Right (cruel and unusual punishments. I even told them that I wanted to press full felony assault and battery charges against these 2 inmates and was ignored on that also. Even F.B.I Agents assured me that if I was to ever be harmed as a result of working with them that they would bring new charges against the violators, that also never happened and they too know of my assault. I.D.O.C. officials are guilty of gross negligence, total disregard of my well being and safety and deliberately indifferent and reckless for the way they handled the whole situation. They acted under the color of law and are held responsible.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be awarded with $35 Million Dollars for I.D.O.C. officials Misconduct in ignoring my pleas for help and for their Deliberate indifference and cause of my physical injuries that I sustained to my ear, face and head. For Punative and Compensatory Damages and for their Reckless 8th Amendment violations toward My Person.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_08_

_James Worthem_
(Signature of plaintiff or plaintiffs)

JAMES Michael Worthem
(Print name)

2007-0071905
(I.D. Number)

James M Worthem
2700 South California Street
Chicago Illinois, 60608
(Address)

Part A / Control #: _____X_____

Referred To: PROGRAM SERVICES

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: AKA WORTHEN / SCOTT   First Name: AKA JAMES / David

ID #: 2007-0071905   Div.: 5   Living Unit: 1-DU-6   Date: 11/7/07

*(Assault/battery with a weapon)

BRIEF SUMMARY OF THE COMPLAINT: On 7/23/07, while in I.D.O.C. custody under David Scott #B-72624 I was violently assaulted by 2 inmates of whom had knowledge and knew that I had been working with F.B.I. officials on the streets to take down a gang chief and known drug dealers. I myself was first verbally threatened by these and other individuals of whom stated that I am a walking dead man and that they would soon get me and I brought this matter to the attention of IDOC officials at Pinckneyville C.C. on 6/23/07 to Internal Affairs of whom assured me that they would investigate the matter and I even gave them my F.B.I contact names and numbers. So with deliberate indifference and reckless disregard for my personal safety and that of their own institution they allowed me to go into population for 2 weeks until they (I-A) came and quickly escorted me from my cell and into segregation where on 7/15/07 Warden Johnson, I-A Lt Bradley, I-A MacDonald and others stated that they were sorry for not believing me sooner and that I was going on an emergency transfer to "Lawrenceville C.C." on this same day. So now all these guys of whom went to seg in Pinckneyville because of me were now allowed somehow by IDOC officials to be transferred with me on the same day, to same bus and Pontiac as I am and I was viciously attacked and beaten by these 2 inmates (Padilla and Mercardo) with hand cuffs and I received 5 stitches to left ear and multiple bruises on face and lumps on head.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: I.D.O.C. officials I-A Sgt Yorkavich - I-A Lt Bradley - I-A Macdonald - I-A Dallas, Warden Johnson at Pinckneyville and photos taken by I-A at Logan - Mr Shadoan.

ACTION THAT YOU ARE REQUESTING: That these 2 individuals receive felony charges against them and for IDOC gross negligence and total disregard for my well being and safety when they knew well in time of the dangers. I will seek punitive, monetary damages for 8th amend violation and a state and federal law suit on IDOC

DETAINEE SIGNATURE: James Worthen (AKA) David Scott

THANK YOU

C.R.W.'S SIGNATURE: A. Lewinski   DATE C.R.W. RECEIVED: 11/7/07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

**C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST**

*Please Note:*
- *If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.*
- *When processed as a request, an appeal of the response and/or action taken cannot be made.*
- *When processed as a request, PART-B is not applicable.*

Detainee's Last Name: **SCOTT**　　First Name: **DAVID**

ID#: **2007-0071905**　Div: **5**　Tier/LivingUnit: **10**

Date of Request: **11/7/07**　　Date C.R.W. Received Request: **11/7/07**

This request has been processed by: **G. LEWANSKI**　　C.R.W.

**Summary of Request:**

DETAINEE REQUESTS ASSISTANCE WITH JDOC COMPLAINT.

**Response and/or Action Taken:**

CRW SUPPLIED JDOC COMPLAINT / GRIEVANCE FORM.

**G. LEWANSKI**　　*G. Lewanski*　　Date: **11/8/07**　Div./Dept. **5**
(Print- name of individual responding)　(Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )　( YELLOW COPY – C.R.W. WEEKLY PACK )　( PINK COPY   DETAINEE )

**State of Illinois – Department of Corrections**
**DISCIPLINARY REPORT**

Page 1 of 2

☒ Disciplinary Report _26 July 07_ Date    ☐ Investigative Report _____ Date

Committed Person: AKA Worthem _____ No. R12624 _____ Facility: _____

Observation Date: _July 25, 2007_ Time: _1210_ ☒ am ☐ pm Location: _Logan Correctional Center_

PRINT Employee's Name: _H C _____    Employee's Signature/Date/Time

Offense: 504 _C 105 Dangerous Disturbance_

Observation: On the above date and approximate time this lieutenant was assigned to Stateville CC transfer team - on this lieutenant observed inmate Scott Tillery #____ and exchanging punches with inmate Pitts #B594 and Mercado R29468 on the passenger side of the transfer bus at Logan CC. There were thirty-some other inmates on the passenger side of the bus willing ____

Witnesses, if any: _____

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement  ☐ Investigative Status  Reason: _nature of offense_

PRINT Name: _____    Shift Supervisor's Signature and Date
(For Community Correctional Centers, Chief Adm. Off.)

☒ Confinement Reviewed by Reviewing Officer   Comment: _____
PRINT Name: _Lake_     Signature/Date: _7/31/7_

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
PRINT Name: _MAJOR THOMAS_     Reviewing Officer's Signature and Date: _7/30/07_

☒ Reviewed by Hearing Investigator:
(Adult Division Major Reports Only) PRINT Name: _A.J. Meier_     Signature and Date: _7/31/07_

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number: _____    Committed Person Refused to Sign ☒

PRINT Serving Employee's Name: _____   Serving Employee's Signature: _____   Date and Time Served: _8.3.07_ _9:00_ am

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____

Committed Person's Signature and Number: _____

**(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)**

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date _____

NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____

NAME OF WITNESS: _____    Number/Cell/Title: _____
Witness can testify to: _____

DC 7205 (Rev. 4/96)    Distribution: 1) Master File; 2) Committed Person;    Committed Person's Name and Number
IL 426-0361           3) Facility; 4) Facility

FOR THE JUDGE

State of Illinois -- Department of Corrections
**DISCIPLINARY REPORT/SUMMARY**
(Continuation Page)

Page 2 of 2

☒ Disciplinary Report  ☐ Disciplinary Summary

Committed Person: Scott AKA Wortham   No. B19624
Offense Date: May 15, 98  Time: 12:10 pm  Location: [illegible]  Facility: [illegible]

...also, this incident happened in the middle of these inmates

*For the Judge*

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Report
Lawrence Correctional Center
Facility

Date: 8/9/07

**Type of Report:**
☐ Disciplinary   ☒ Investigative

Offender Name: SCOTT, DAVID (A/A) James Worthem    ID #: B12624

Observation Date: 08/09/2007    Approximate Time: 8:00  ☒ a.m. ☐ p.m.    Location: Intelligence Unit

**Offense(s): DR 504:** Investigative Status

**Observation:** (NOTE: Each offense identified above must be substantiated.) Inmate DAVID SCOTT B12624 is being placed under investigative status pending the outcome of an investigation.

**Witness(es):**

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| A. Dallas | 11072 | A. [signature] 11072 | 08/09/2007 | 8:30 | ☒ a.m. ☐ p.m. |
|---|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement    ☒ Investigative Status    Reasons: _Pending Inv._

Printed Name and Badge #    Shift Supervisor's Signature    Date: 8-9-07
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☒ Confinement reviewed by Reviewing Officer    Comment: _No comment / routine of [?]_

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #    Reviewing Officer's Signature    Date 8/9/07

☐ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):

Print Hearing Investigator's Name and Badge #    Hearing Investigator's Signature    Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

Offender's Signature    ID#

Serving Employee (Print Name)    Badge #    Signature

Date Served    Time Served    ☐ a.m. ☐ p.m.

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature    ID#

---

*(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)*

Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to:

Print Name of witness    Witness badge or ID#    Assigned Cell (if applicable)    Title (if applicable)

Witness can testify to:

Distribution: Master File / Offender / Facility (2)    Page 1 of 1    Printed on Recycled Paper    DOC 0317 (Rev. 2/2007)