

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W.  DOBBINS**
    **CLERK**

May 28, 2008

United States District Court

Southern District of Illinois, East St. Louis

Norbert G. Jaworski

PO Box 249
East St. Louis, IL 62202


RE: James Worthem v. Roger Walker, et al.
Case No: 08 cv 2291


Dear Clerk:

Pursuant to the order entered by Judge Honorable Harry D. Leinenweber, on April 25, 2008, the above record

- ■   was electronically  transmitted to   the Southern District of Illinois at East St. Louis

- ■   The following paper documents are being transferred to the court by certified mail. Document number: **6** and four copies of the complaint for service.


Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                    Sincerely yours,

                    Michael W. Dobbins, Clerk

                    By:     /s/ Maya Burke
                             Deputy Clerk


Enclosures


New Case No. _____          Date _____


cc:     Non-ECF Attorneys and Pro se Parties