MHN

08 CV 2291

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Dmowly__  ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>ORMA ALEXAnder 6-2-08 |
| 1. Article Addressed to:<br><br>Norbert G. Jaworski<br>United States District Court<br>Southern District of Illinois, East St. Louis<br>P.O. Box 249<br>East St. Louis, IL 62202 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 0100 0001 7313 4115 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

FILED
6-5-2008
JUN 0 5 2008   PH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT