



**MICHAEL W. DOBBINS**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

May 28, 2008

United States District Court

Southern District of Illinois, East St. Louis

Norbert G. Jaworski

PO Box 249
East St. Louis, IL 62202

**FILED**

JUN 0 6 2008  YM
JUN 06 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: James Worthem v. Roger Walker, et al.
Case No. 08 cv 2291

Dear Clerk:

Pursuant to the order entered by Judge Honorable Harry D. Leinenweber, on April 25, 2008, the above record

■   was electronically transmitted to the Southern District of Illinois at East St. Louis

■   The following paper documents are being transferred to the court by certified mail. Document number: 6 and four copies of the complaint for service.

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By:   /s/ Maya Burke
      Deputy Clerk

Enclosures

New Case No. 08-385-DRH      Date 6/03/08

cc:   Non-ECF Attorneys and Pro se Parties