U.S. DIST. COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

James M. Worthem
PLAINTIFF

VS.

Roger E. Walker et al.
DEFENDANT(S)

**FILED**

JUL 1 8 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CH

CASE NO: 08C 2291

MR. HARRY D. Leinenweber
Honorable Judge

## MOTION FOR TRANSFER & AMEND
## §1983 COMPLAINT

Greetings most Honorable Judge Mr. Leinenweber, I, James M. Worthem am respectfully requesting that the above entitled complaint against the above "Defendants" be allowed to transfer that case to the "U.S. District Court in Central Illinois, Springfield Division at 600 E. Monroe St., 151 Federal Building, Springfield Illinois, 62701. This request comes so that the Defendants do not attempt to file a Motion to Dismiss my "Meritorious" claims because I brought suit into the wrong court under (Fed. R. Civ. Proc. 12(b)). And since my complaint is based on an issue and incident at the Logan Correctional Center, the Federal Court in Springfield IL, holds said jurisdiction over this serious matter. Please accept my most humble apology and grant the Pro-se Plaintiff leave to Amend said complaint and to transfer said proceeding to the proper Federal Court House. Thank you very much and blessings.

### CERTIFICATE OF SERVICE

I, James M. Worthem, Pro-se, Plaintiff, hereby certify that on July, 13th, 2008, I caused a copy of the foregoing motion to be served upon the Defendant in a separate envelope and that I served it to the Northern District Court Clerk by sending the same via U.S. Mail at the Illinois Correctional Center, to the person listed below.

* U.S. District Court
  Northern District of Illinois
  Eastern Division
  219 South Dearborn, 20th Floor
  Chicago IL 60604

/s/ James Worthem
AFFIANT