## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Harry D. Leinenweber | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2291 | **DATE** | 8/1/2008 |
| **CASE TITLE** | James M. Worthem (B-12624) v. Walker, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for transfer and amend Section 1983 complaint [12] is denied as moot. Case has already been transferred to the United States District Court for Central Illinois.

[For further details see text below.]                                    Docketing to mail notices.

### STATEMENT